O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Vitalix S.A. DE C.V.,<br><br>                    Plaintiff,<br><br>     v.<br><br>Grupo Carossi Sociedad<br>Anonima, et al.,<br><br>                    Defendants. | CV 10-00556 RSWL (RCx)<br><br>**ORDER re: Plaintiff Vitalix's Counsels' Motion to Withdraw [56]** |

Plaintiff's Counsel, Adorno Yoss Alvarado & Smith, APC, filed its Motion to Withdraw [56] on October 22, 2010. The matter was originally set for hearing on November 23, 2010. Having taken the matter under submission on November 16, 2010, and having reviewed all papers submitted pertaining to this motion, the Court **NOW FINDS AND RULES AS FOLLOWS**:

Plaintiff's Counsels' Motion is hereby **DENIED.**

A motion to withdraw as counsel may only be made

1

upon "written notice given reasonably in advance to the client" because the client will be forced to proceed <u>pro se</u>. L.R. 83-2.9.2.1. Moreover, because a corporation may not appear in any action or proceeding <u>pro se</u>, an attorney seeking to withdraw from corporate representation must give notice to the corporation of "the consequences of its inability to appear <u>pro se</u>." L.R. 83-2.9.2.3; <u>see</u> <u>also</u> <u>Urethane Foam Experts, Inc. v. Latimer</u>, 37 Cal. Rptr. 2d 404 (1995).

    As Plaintiff's Counsels have not indicated that proper notice has been given to their client, the Court finds that allowing withdrawal of Plaintiff's Counsels at this time would prejudice Plaintiff Vitalix. Therefore, the Court **DENIES** Plaintiff's Counsels' Motion to Withdraw at this time.

DATED: November 24, 2010

**IT IS SO ORDERED.**

                              RONALD S.W. LEW
                          **HONORABLE RONALD S.W. LEW**
                    Senior, U.S. District Court Judge